UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

November 14, 2024

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

OMAR QUINTERO ALVARADO,

Defendant.

Case No.  2:24-mj-00141-AC

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  OMAR QUINTERO ALVARADO,

Case No.  2:24-mj-00141-AC , Charge 21 USC § 846, 841(a)(1), from custody for the

following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

___X___ Unsecured Appearance Bond $ _____10,000.00_____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other):

_____ Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on November 14, 2024, at 3:00 PM.

By: _____

Magistrate Judge Allison Claire