**LAW OFFICES OF SHELBY NICOLE ALBERTS**
Shelby Nicole Alberts, SBN 283064
901 H Street, Ste. 612
Sacramento, CA 95814
Telephone: 916-941-5610
shelbyalbertslaw@gmail.com

Attorneys for Defendant
**ROBERTO LEYVA**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERTO LEYVA,<br>LEONARDO YANEZ ZAMBRANO, and<br>OMAR QUINTERO ALVARADO<br><br>　　　　　　　　Defendants. | CASE NO. 2:24-cr-00320-JAM<br><br>**THIRD STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>DATE: 　September 9, 2025<br>TIME: 　9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

　　Plaintiff United States of America, by and through its counsel of record, Matthew De Moura, and defendants, Roberto Leyva, Leonardo Yanez Zambrano, and Omar Quintero Alvarado, by and through defendants' counsel of record, Shelby Alberts, Colin Cooper, and Tasha Chalfant, respectively, hereby stipulate as follows:

　　1.　　The defendants' initial appearance on the Indictment was December 18, 2024.

　　2.　　A status conference was previously set for September 9, 2025.

　　3.　　By this stipulation, the parties now move to continue the status conference until December 9, 2025, and to exclude time between September 9, 2025, and December 9, 2025, under Local Code T4.

　　4.　　The parties agree and stipulate, and request that the Court find the following:

Stipulation Regarding Excludable Time
Periods Under Speedy Trial Act

1

  a)  The government has represented that the discovery associated with this case includes numerous reports and recordings, including investigative reports, surveillance data, audio and video recordings, photographs, and lab reports. The government has produced discovery in the form of reports, but represents that more is forthcoming.

  b)  Counsel for defendants desire additional time to consult with their respective client, review current charges, conduct investigation and research related to the charges, to discuss potential resolutions with their clients, and otherwise prepare for trial.

  c)  Counsel for defendants desire additional time to review the voluminous discovery and receive the additional discovery as represented by the government.

  d)  Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  e)  The proposed status conference date on December 9, 2025, represents the earliest and most convenient date for counsel. This requested date takes into account counsels' schedules, defense counsels' commitments to other clients, and defense counsels' need for preparation and further investigation into this case based on the discovery being produced and the long-term nature of the government's investigation.

  f)  Neither the government nor the defense objects to the continuance.

  g)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

  h)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 9, 2025 to December 9, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

/ / /

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 4, 2025                    ERIC GRANT
                                           United States Attorney

                                           /s/ MATTHEW DE MOURA
                                           MATTHEW DE MOURA
                                           Special Assistant United States
                                           Attorney

Dated: February 4, 2025                    /s/ SHELBY ALBERTS
                                           SHELBY ALBERTS
                                           Counsel for Defendant
                                           ROBERTO LEYVA

Dated: February 4, 2025                    /s/ COLIN COOPER
                                           COLIN COOPER
                                           Counsel for Defendant
                                           LEONARDO YANEZ
                                           ZAMBRANO

Dated: February 4, 2025                    /s/ TASHA CHALFANT
                                           TASHA CHALFANT
                                           Counsel for Defendant
                                           OMAR QUINTERO
                                           ALVARADO

# FINDINGS AND ORDER

Based on the stipulation of the parties, the September 09, 2025 Status Conference is **RESET** for **December 09, 2025, at 9:00 a.m.** The Court also finds that based on the facts set forth in the parties' stipulation, the failure to exclude time between September 09, 2025, and December 09, 2025, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time from September 09, 2025, to and including December 09, 2025, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO ORDERED.

September 02, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4