ERIC GRANT
United States Attorney
CHARLES CAMPBELL
MATTHEW DE MOURA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTO LEYVA,<br>LEONARDO YANEZ ZAMBRANO, and<br>OMAR QUINTERO ALVARADO,<br><br>Defendants. | CASE NO. 2:24-cr-00320-JAM<br><br>**FOURTH STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>DATE: December 9, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1. By previous order, this matter was set for status on December 9, 2025.

2. By this stipulation, the United States, by and through its counsel of record Charles Campbell, and defendants Roberto Leyva, Leonardo Yanez Zambrano, and Omar Quintero Alvarado, by and through defendants' counsels of record, Shelby Alberts, Colin Cooper, and Tasha Chalfant, respectively, now move to continue the status conference until **February 24, 2026, at 9:00 a.m.**, and to exclude time between December 9, 2025, and February 24, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes numerous reports and recordings, including investigative reports, surveillance data, audio and video recordings, photographs, and lab reports. All of this discovery has been either

produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendants desire additional time to consult with their respective clients, review the current charges, conduct investigation and research related to the charges, review the voluminous discovery, to discuss potential resolutions with their clients, and otherwise prepare for trial.

   c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 9, 2025 to February 24, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 25, 2025

ERIC GRANT
United States Attorney

/s/ CHARLES CAMPBELL
CHARLES CAMPBELL
MATTHEW DE MOURA
Assistant United States Attorney

Dated: November 25, 2025                    /s/ SHELBY ALBERTS
                                            SHELBY ALBERTS
                                            Counsel for Defendant
                                            ROBERTO LEYVA

Dated: November 25, 2025                    /s/ COLIN COOPER
                                            COLIN COOPER
                                            Counsel for Defendant
                                            LEONARDO YANEZ ZAMBRANO

Dated: November 25, 2025                    /s/ TASHA CHALFANT
                                            TASHA CHALFANT
                                            Counsel for Defendant
                                            OMAR QUINTERO ALVARADO

## ORDER

IT IS SO ORDERED.

Dated: December 02, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE