ERIC GRANT
United States Attorney
CHARLES CAMPBELL
MATTHEW DE MOURA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-00320-JAM |
| Plaintiff, | **FIFTH STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| v. | |
| ROBERTO LEYVA, LEONARDO YANEZ ZAMBRANO, OMAR QUINTERO ALVARADO, | DATE: March 3, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

1.      By previous order, this matter was set for status on February 24, 2026.  On the Courts own motion, this status was continued to March 3, 2026.  *See* Dkt. No. 49.

2.      By this stipulation, the United States, by and through its counsel of record Charles Campbell, and defendants Roberto Leyva, Leonardo Yanez Zambrano, and Omar Quintero Alvarado, by and through defendants' counsels of record, Shelby Alberts, Colin Cooper, and Tasha Chalfant, respectively, now move to continue the status conference until **April 07, 2026, at 09:00 a.m.**, and to **exclude time** between February 24, 2026, and April 7, 2026, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes numerous reports and recordings, including investigative reports, surveillance data,

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

audio and video recordings, photographs, and lab reports. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendants desire additional time to consult with their respective clients, review the current charges, conduct investigation and research related to the charges, review the voluminous discovery, to discuss potential resolutions with their clients, and otherwise prepare for trial.

c) Additionally, counsel for Leonardo Yanez Zambrano is counsel in a state murder case which is set for trial starting on March 2, 2026. The trial schedule in that case conflicts with the March 3, 2026, status conference in this case.

d) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 24, 2026, to April 7, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  January 21, 2026                                ERIC GRANT
                                                        United States Attorney


                                                        /s/ CHARLES CAMPBELL
                                                        CHARLES CAMPBELL
                                                        MATTHEW DE MOURA
                                                        Assistant United States Attorney



Dated:  January 21, 2026                                /s/ SHELBY ALBERTS
                                                        SHELBY ALBERTS
                                                        Counsel for Defendant
                                                        ROBERTO LEYVA


Dated:  January 21, 2026                                /s/ COLIN COOPER
                                                        COLIN COOPER
                                                        Counsel for Defendant
                                                        LEONARDO YANEZ ZAMBRANO


Dated:  January 21, 2026                                /s/ TASHA CHALFANT
                                                        TASHA CHALFANT
                                                        Counsel for Defendant
                                                        OMAR QUINTERO ALVARADO

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3

**ORDER**

IT IS SO ORDERED.

Dated:  January 21, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT