ERIC GRANT
United States Attorney
CHARLES CAMPBELL
MATTHEW DE MOURA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-00320-JAM |
| Plaintiff, | **SIXTH STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| v. | |
| ROBERTO LEYVA, LEONARDO YANEZ ZAMBRANO, OMAR QUINTERO ALVARADO, | DATE: April 7, 2026 TIME: 9:00 a.m. COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

1.    By previous order, this matter was set for status on April 7, 2026.

2.    By this stipulation, the United States, by and through its counsel of record Charles Campbell, and defendants Roberto Leyva, Leonardo Yanez Zambrano, and Omar Quintero Alvarado, by and through defendants' counsels of record, Shelby Alberts, Colin Cooper, and Tasha Chalfant, respectively, now move to continue the status conference until **July 14, 2026, at 09:00 a.m.**, and to exclude time between April 7, 2026, and July 14, 2026, under Local Code T4.

3.    The parties agree and stipulate, and request that the Court find the following:

a)    The government has represented that the discovery associated with this case includes numerous reports and recordings, including investigative reports, surveillance data, audio and video recordings, photographs, and lab reports. All of this discovery has been either

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

produced directly to counsel and/or made available for inspection and copying.

b)	Counsel for defendants desire additional time to consult with their respective clients, review the current charges, conduct investigation and research related to the charges, review the voluminous discovery, to discuss potential resolutions with their clients, and otherwise prepare for trial.

c)	Additionally, counsel for defendant Leonardo Yanez Zambrano is scheduled to start an attempted murder jury trial in Alameda County (People v. Paris Olokunleojoillia) on March 23, 2026.  That trial is expected to last three to four weeks, and it will likely conflict with the current hearing date.

d)	Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)	Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)	For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 7, 2026, to July 14, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.	Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

//

//

//

//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

IT IS SO STIPULATED.


Dated:  March 19, 2026                          ERIC GRANT
                                                United States Attorney


                                                /s/ CHARLES CAMPBELL
                                                CHARLES CAMPBELL
                                                MATTHEW DE MOURA
                                                Assistant United States Attorney


Dated:  March 19, 2026                          /s/ SHELBY ALBERTS
                                                SHELBY ALBERTS
                                                Counsel for Defendant
                                                ROBERTO LEYVA


Dated:  March 19, 2026                          /s/ COLIN COOPER
                                                COLIN COOPER
                                                Counsel for Defendant
                                                LEONARDO YANEZ ZAMBRANO


Dated:  March 19, 2026                          /s/ TASHA CHALFANT
                                                TASHA CHALFANT
                                                Counsel for Defendant
                                                OMAR QUINTERO ALVARADO

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3

**ORDER**

IT IS SO ORDERED.

Dated: March 20, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE