**LAW OFFICES OF SHELBY NICOLE ALBERTS**
Shelby Nicole Alberts, SBN 283064
901 H Street, Ste. 612
Sacramento, CA 95814
Telephone: 916-941-5610
shelbyalbertslaw@gmail.com

Attorneys for Defendant
**ROBERTO LEYVA**

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>ROBERTO LEYVA,<br>LEONARDO YANEZ ZAMBRANO,<br>OMAR QUINTERO ALVARADO,<br><br>                              Defendants. | CASE NO.  2:24-cr-00320-JAM<br><br>**SEVENTH STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>DATE: July 14, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

### STIPULATION

1.      By previous order, this matter was set for status on July 14, 2026 at 9am. (ECF No. 55)

2.      By this stipulation, the United States, by and through its counsel of record Charles Campbell, and defendants Roberto Leyva, Leonardo Yanez Zambrano, and Omar Quintero Alvarado, by and through defendants' counsels of record, Shelby Alberts, Colin Cooper, and Tasha Chalfant, respectively, now move to continue the status conference until September 22, 2026, and to exclude time between July 14, 2026, and September 22, 2026, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes numerous reports and recordings, including investigative reports, surveillance data, audio and video recordings, photographs, and lab reports.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

b)      Counsel for defendants desire additional time to consult with their respective clients, review the current charges, conduct investigation and research related to the charges, review the voluminous discovery, to discuss potential resolutions with their clients, and otherwise prepare for trial.

c)      Additionally, counsel for defendant Leonardo Yanez Zambrano is currently engaged in an attempted murder jury trial in Alameda County (People v. Paris Olokunleojoillia) that will extend through the month of July 2026.  This trial conflicts with the current hearing date and has hindered defense counsel's ability to prepare for the current case.

d)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 14, 2026, to September 22, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

//

//

//

//

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated:  June 20, 2026

ERIC GRANT
United States Attorney

/s/ CHARLES CAMPBELL
CHARLES CAMPBELL
MATTHEW DE MOURA
Assistant United States Attorney

Dated:  June 20, 2026

/s/ SHELBY ALBERTS
SHELBY ALBERTS
Counsel for Defendant
ROBERTO LEYVA

Dated:  June 20, 2026

/s/ COLIN COOPER
COLIN COOPER
Counsel for Defendant
LEONARDO YANEZ ZAMBRANO

Dated:  June 20, 2026

/s/ TASHA CHALFANT
TASHA CHALFANT
Counsel for Defendant
OMAR QUINTERO ALVARADO

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3

## ORDER

Based on the seventh stipulation of the parties, the July 14, 2026 status conference is **CONTINUED** to **September 22, 2026, at 9:00 a.m.**

Time is **EXCLUDED** through and including September 22, 2026, as described in the parties' Stipulation.

**IT IS SO ORDERED**.

Dated: July 01, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE