ERIC GRANT
United States Attorney
MATTHEW DE MOURA
Special Assistant United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTO LEYVA,<br>LEONARDO YANEZ ZAMBRANO,<br>OMAR QUINTERO ALVARADO,<br><br>Defendants. | CASE NO. 2:24-cr-00320-JAM<br><br>**<u>EIGHTH</u> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>DATE: September 22, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1. By previous order, this matter was set for status on September 22, 2026 at 9 a.m.

2. By this stipulation, the United States, by and through its counsel of record Charles Campbell and Matthew De Moura, and defendants Roberto Leyva, Leonardo Yanez Zambrano, and Omar Quintero Alvarado, by and through defendants' counsels of record, Shelby Alberts, Colin Cooper, and Tasha Chalfant, respectively, now move to continue the status conference until January 26, 2027, and to exclude time between September 22, 2026, and January 26, 2027, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes numerous reports and recordings, including investigative reports, surveillance data,

audio and video recordings, photographs, and lab reports. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendants desire additional time to consult with their respective clients, review the current charges, conduct investigation and research related to the charges, review the voluminous discovery, to discuss potential resolutions with their clients, and otherwise prepare for trial.

c) Additionally, counsel for defendant Omar Quintero Alvarado is currently engaged in trial preparation and will likely be in trial through late November or early December. This trial preparation and has hindered defense counsel's ability to prepare for the current case.

d) Additionally, counsel for defendant Leonardo Yanez Zambrano is unavailable in the latter half of December into early January.

e) The requested date is that works for all parties in this case taking into consideration trial schedules and other matters.

f) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 22, 2026, to January 26, 2027, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 8, 2026

ERIC GRANT
United States Attorney

/s/ CHARLES CAMPBELL
CHARLES CAMPBELL
Assistant United States Attorney

Dated: September 8, 2026

ERIC GRANT
United States Attorney

/s/ MATTHEW DE MOURA
MATTHEW DE MOURA
Special Assistant United States Attorney

Dated: September 8, 2026

/s/ SHELBY ALBERTS
SHELBY ALBERTS
Counsel for Defendant
ROBERTO LEYVA

Dated: September 8, 2026

/s/ COLIN COOPER
COLIN COOPER
Counsel for Defendant
LEONARDO YANEZ ZAMBRANO

Dated: September 8, 2026

/s/ TASHA CHALFANT
TASHA CHALFANT
Counsel for Defendant
OMAR QUINTERO ALVARADO

**ORDER**

Based on the eighth stipulation of the parties, the September 22, 2026 status conference is **CONTINUED** to **January 26, 2027, at 9:00 a.m**.

The Court finds that based on the facts set forth in the parties' stipulation, the failure to exclude time between September 22, 2026, and January 26, 2027, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time from September 22, 2026, to and including January 26, 2027, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

**IT IS SO ORDERED**.

Dated: September 14, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE